**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| LISA A. KETCHUM AND JEFFREY A. KETCHUM, H/W, | : No. 545 EAL 2014 |
| | : |
| | : |
| Petitioners | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| GIANT FOOD STORES, LLC, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.